| AO 435 (Rev. 12/03) Please Read Instructions above | Administrative Office of the United States Courts TRANSCRIPT ORDER | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

| 1. NAME STEVEN L. GOTO, ESQ. | 2. PHONE NUMBER (808) 537-6119 | 3. DATE July 18, 2006 | |
|---|---|---|---|
| 4. MAILING ADDRESS Pauahi Tower, Ste. 2500, 1001 Bishop St. | 5. CITY Honolulu | 6. STATE HI | 7. ZIP CODE 96813 |
| 8. CASE NUMBER CV00-382 BMK | 9. JUDGE Barry M. Kurren | DATES OF PROCEEDINGS 10. FROM 1/12/04 | 11. 1/23/04 |
| 12. CASE NAME LINDA AKEE, et al. v. THE DOW CHEMICAL CO. et al. | | LOCATION OF PROCEEDINGS 13. USDC District of Hawaii | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) Stuart Cohen, Ph.D. | January 21, 2004 |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [XX] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE [signature] | PROCESSED BY | |
| 19. DATE July 18, 2006 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 | |

(Previous editions of this form may still be used)
DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY